# EXHIBIT 2

Work Performed and Summary of the Fees Incurred

# EXHIBIT 2

| Date | TKPR Name | Hrs | Amt | Narrative |
|---|---|---|---|---|
| 4/8/2025 | McMasters, Caitlan J. | 1.4 | $616.00 | Conference with RJCassity regarding Shurka's removal to federal court; begin drafting motion to remand; |
| 4/8/2025 | Cassity, Bob J. | 2 | $1,480.00 | Review Shurka's notice of removal to the District of Nevada and Shurka's counterclaim filed with the federal court [.9]; update clients regarding improper removal [.2]; review federal statutes regarding removal requirements [.4]; coordinate preparation of motion to remand action to state court [.5]; |
| 4/9/2025 | McMasters, Caitlan J. | 2.3 | $1,012.00 | Draft motion to remand to be filed in Nevada federal court; |
| 4/9/2025 | Went, Joe | 1.6 | $1,128.00 | Edit and revise emergency motion to remand; |
| 4/9/2025 | Cassity, Bob J. | 3.8 | $2,812.00 | Prepare for and participate in conference call with clients regarding Shurka's removal to the District of Nevada [.9]; revise and work on motion to remand to state court, including review of case law cited in motion [2.5]; identify and coordinate additional legal research issues for motion to remand [.4]; prepare correspondence to J. Shurka regarding emergency motion to remand per LR 7-4 [.4]; |
| 4/10/2025 | McMasters, Caitlan J. | 0.6 | $264.00 | Review and revise motion to remand; coordinate with VLarsen and KRCole for filing; |
| 4/10/2025 | Cassity, Bob J. | 2.6 | $1,924.00 | Revise and finalize emergency motion to remand [1.5]; draft declaration of RJCassity pursuant to LR 7-4 in support of emergency motion to remand and draft statement regarding emergency basis for filing [.9]; coordinate notification to courtroom administrator pursuant to LR 7-4 [.2]; |
| 4/18/2025 | Cassity, Bob J. | 0.5 | $370.00 | Review and analysis of court order granting emergency motion to remand [.2]; strategize and coordinate preparation of motion for attorney's fees [.3]; |
| 4/28/2025 | McMasters, Caitlan J. | 4.4 | $1,936.00 | Draft motion for attorney fees and costs; |
| 4/28/2025 | Cassity, Bob J. | 1.9 | $1,406.00 | Revise and work on motion for attorney's fees [1.9]; |
| 4/29/2025 | McMasters, Caitlan J. | 0.6 | $264.00 | Draft declaration in support of motion for attorney fees; revise motion accordingly; |
| TOTAL | | 21.7 | $13,212.00 | |