STEVE SHEVORSKI, ESQ.
Nevada Bar No. 8256
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel:   (702) 792-3773
Fax:   (702) 792-9002
Email: Steven.Shevorski@gtlaw.com

*Counsel for Jason Shurka*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ENERGY ENHANCEMENT SYSTEM, LLC, a Nevada limited liability company; MICHAEL BERTOLACINI, an individual; DR. SANDRA ROSE MICHAEL, DNM, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> JASON SHURKA, an individual; UNIFYD WORLD, INC., a South Carolina corporation; UNIFYD Healing; UNIFYD TV; ROBERT RELIGA, an individual; DOES I-X; and ROE CORPORATIONS XI-XX, <br><br> Defendants. | CASE NO.:  2:25-cv-00633-CJS-NJK <br><br><br> **NOTICE OF CHANGE OF FIRM** |

PLEASE TAKE NOTICE that Steve Shevorski, Esq., counsel for Defendant Jason Shurka in the above-caption matter, is no longer associated with the law firm of JENNINGS & FULTON, LTD. All future notices, pleadings, papers, correspondence and documents be served upon him at the below noted address:

/ / /

/ / /

/ / /

/ / /

/ / /

1

ACTIVE 715165782v1

STEVE SHEVORSKI, ESQ.
Nevada Bar No. 8256
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel:    (702) 792-3773
Fax:   (702) 792-9002
Email: Steven.Shevorski@gtlaw.com

DATED this 3rd day of October, 2025.

**GREENBERG TRAURIG, LLP**


_/s/ Steve Shevorski, Esq._
STEVE SHEVORSKI, ESQ.
Nevada Bar No. 8256
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for Jason Shurka*

2

ACTIVE 715165782v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2025, a true and correct copy of the foregoing ***Notice of Change of Firm*** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                     */s/ Andrea Flintz*
                     an employee of GREENBERG TRAURIG, LLP

Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

3

ACTIVE 715165782v1